LEW MORRIS et al., Respondents, v. JULIUS HOFFMAN et al., Appellants. (Appeal No. 1.) — In an action to recover brokers' commissions, defendants appeal from an order which denied their motion to dismiss the plaintiffs' complaint. Order affirmed, with $10 costs and disbursements. No opinion. Close, P. J., Carswell, Johnston, Adel and Lewis, JJ., concur. [See 270 App. Div. 762.]

LEW MORRIS et al., Respondents, v. JULIUS HOFFMAN et al., Appellants. (Appeal No. 2.) — In an action to recover brokers' commissions, defendants appeal from an order which granted plaintiffs' motion for permission to serve

an amended complaint, without prejudice to the companion appeal herein (*Morris* v. *Hoffman, ante,* p. 1046, decided herewith). Order affirmed, with $10 costs and disbursements. No opinion. Close, P. J., Carswell, Johnston, Adel and Lewis, JJ., concur.